# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE CHARLES WELLER,
SECOND JUDICIAL DISTRICT
COURT, FAMILY DIVISION, WASHOE
COUNTY, STATE OF NEVADA,

No. 76994

**FILED**

JAN 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The motion for a voluntary dismissal of this matter is granted. This matter is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Law Office of David R. Houston
Law Offices of Kathleen M. Paustian, Chtd.
Nevada Commission on Judicial Discipline